IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **Hammond, Kim, et al.** | * | |
| *Plaintiffs* | * | |
| vs. | * | |
| **Leopold, Ian S., et al.** | * | |
| *Defendants* | * | **Case No:** 1:25-cv-00336-RDB |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DISCLOSURE OF CORPORATE INTEREST

I certify, as party/counsel in this case that, Milnel Foundation, Inc., is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

                                                               Respectfully Submitted,

                                                                //S//_____
                                                                 Christopher Millard, Esq.
                                                                 USDC-MD Attorney No.: 27953
                                                                Law Offices of Christopher Millard, LLC
                                                                8016 Bellona Avenue, Suite 43
                                                               Riderwood, Maryland 21139
                                                               (443) 600-6011
                                                               c.millard@millard.legal

                                                               *Attorneys for Plaintiffs*