IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

KIM HAMMOND, et al.                      *

Plaintiffs                               *

               vs.               *          Case No:   1:25-cv-00336-RDB

IAN S. LEOPOLD, et al.                   *

Defendants                               *

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

## **AFFIDAVIT OF KIM HAMMOND**

1.  My name is KIM HAMMOND, I am over the age of 18, competent to testify, and have personal knowledge of the facts and matters set forth herein.

2.  I am and have been a resident of Maryland for all times relevant to the complaint.

3.  A am the principal responsible for the management of MILNEL FOUNDATION, Inc, a Maryland charitable foundation.

4.  I have read the Defendant, Ian Leopold's Affidavit in support of Defendants' Motion to Dismiss and it is replete with falsehoods, misrepresentations, and mistatements.

5.  I first met Ian Leopold, the Defendant in the early 1990's.  The initial relationship was that of a friendship and personal.

6.  It was through the friendship developed over the subsequent 20+ years that Mr. Leopold approached me in early 2017 to invest in Pridewear, the entity which Mr. Leopold managed.

7.  I initially provided Mr. Leopold some initial funds in 2017, on what was essentially a handshake basis given our long-standing friendship.

8. After the initial investment, Mr. Leopold commenced what I would term a "hard sell", thereafter providing investment material. The same material noting myself as a "notable founding shareholder", noting Pridewear's status as nationally authorized entity to sell and distribute for several globally known brands, to include but not limited to Maryland's own Under Armour.

9. At all times relevant to the matter these solicitations were made to me in Maryland.

10. In total my investments with Mr. Leopold totaled $1,065,075.00. The schedule of the same was managed by Gorfine, Schiller, and Gardyn (hereinafter "Gorfine"), a Maryland based accounting firm, and is as follows:

| 8/22/2017 | $ 48,953 | Kim's PNC |
|---|---|---|
| 3/28/2018 | $ 59,474 | Kim's Morgan Stanley loan a/c [PLA] |
| 4/27/2018 | $ 100,000 | Kim's Morgan Stanley loan a/c [PLA] |
| 7/25/2018 | $ 75,000 | Kim's Morgan Stanley trust a/c |
| 10/17/2018 | $ 75,000 | Kim's PNC a/c |
| 4/30/2019 | $ 100,000 | wired from Kim's Morgan Stanley PLA loan a/c |
| 6/12/2019 | $ 100,000 | wired from Kim's Morgan Stanley PLA loan a/c |
| 6/18/2019 | $ 150,000 | wired from Kim's Morgan Stanley PLA loan a/c |
| 10/28/2019 | $ 50,000 | wired from Kim's Morgan Stanley PLA loan a/c |
| 12/6/2019 | $ 86,648 | wired from Kim's Morgan Stanley PLA loan a/c |
| 2/20/2020 | $ 75,000 | wired from Kim's Morgan Stanley PLA loan a/c |
| 3/27/2020 | $ 50,000 | wired from Kim's Morgan Stanley PLA loan a/c |
| 1/26/2021 | $ 95,000 | wired from Kim's Morgan Stanley PLA loan a/c |
| | $ 1,065,075 | |

11. On March 26th, 2020 Mr. Leopold informed me via email that I was in purportedly the largest investor in Pridewear.

12. Mr. Leopold's statement raised significant concerns, given the earlier provided investment documents had noted that Pridewear's forecasted revenue by 2022 was

$100,000,000.00[1].  There being a significant gap between a million + investment and $100,000,000 in projected revenue for the entity.

13.  Upon inquiry by Gorfine, Mr. Leopold provided an investment summary completed by Mr. Leopold totaling $945,075.00, the same being consistent with the summary provided within his affidavit.  The discrepancy between Gorfine's and Leopold's accounted for funds being $120,000.00.  Mr. Leopold was unable to account for the same.

14.  Milnel Foundation had likewise provided a significant amount of funds to Mr. Leopold for charitable purposes.  An accounting as to the use of the funds was requested by Gorfine, with Mr. Leopold unable and/or unwilling to provide the same.  The accounting records provided by Mr. Leopold reflecting neither funds available or inventory associated with Milnel's funds provided Leopold.

15.  On numerous occasions I requested Mr. Leopold simply provide a rudimentary accounting for the over a million dollars provided Leopold.  I noted that something as simple as a statement showing funds on hand, or a statement reflecting the use of the funds (i.e. representative checks) would be sufficient.  At no time did Mr. Leopold provide the same.

16.  Upon initiation of the present matter, it was discovered that the entity addresses provided by Mr. Leopold and associated with Pridewear and American Collegiate Sports, which by Mr. Leopold's statements should be a $100,000,000.00 revenue enterprise, are all in fact mail drop addresses, to include the New York and California addresses provide by Mr. Leopold.

---

[1] See investment solicitation materials attached hereto.

17. It was also discovered that the resident agent for both entities, again purported

$100,000,000.00 revenue enterprises, is Mr. Leopold's spouse.

17. Given the extensive opportunity provide Mr. Leopold to account for the funds provided,

and his absolute refusal to do the same, I have arrived at the logical conclusion that Mr.

Leopold has used his position as what I believed to be my friend and confidant to

misappropriate the funds personally provided him by me, and those funds provided by

my charitable entity for charitable purposes.


    I SOLEMNLY AFFIRM UND THE PENALTIES OF PERJURY AND UPON
PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE
TRUE.


                                    2025-Jul-05 | 10:35:48 PDT
                                    _____
                                    Date

                                    *Kim Hammond*
                                    _____
                                    Kim Hammond



                                    Respectfully Submitted,


                                    //S//_____
                                    Christopher Millard, Esq.
                                    USDC-MD Attorney No.: 27953
                                    Law Offices of Christopher Millard, LLC
                                    8016 Bellona Avenue, Suite 43
                                    Riderwood, Maryland 21139
                                    (443) 600-6011
                                    c.millard@millard.legal

                                    *Attorneys for Plaintiffs*

# PRIDEGEAR

**Ian S. Leopold**
President & CEO

July 3, 2018

XYZ – Hope all is great and the shirts fit! I didn't forget you!!

I'm excited to share with you that we are rolling out PRIDEGEAR nationally this fall after several successful pilot programs. Confident that we have a winner, I am reaching out to a few individuals for whom I have the highest level of respect and know would be terrific partners.

Adidas & Under Armour each awarded PRIDEGEAR with valuable National Team Dealerships. We have industry-best costs as well as marketing support to sell custom premium branded apparel at VIP savings.

PRIDEGEAR is the exclusive apparel partner of American Collegiate Sports & Fitness (ACSF). ACSF represents 200+ University Recreational Sports & Fitness Centers with 3+ Million students that spend $1+ Billion annually on athletic apparel.

Our technology and supply chain delivers exceptional customer experience through what we call CQESP: Custom, Quality, Ease, Speed & Price. Custom apparel is cost efficiently embellished and delivered 50% faster than industry standards.

Driving PRIDEGEAR's Fall '18 National Sales roll-out are Nike's former Director Team Sales, John Scipio and Under Armour's former Director Team Sales, Pete Knippenberg. We attracted them with best-in-class product and unlimited upside.

We project revenue to surpass $100M by 2022. PRIDEGEAR achieves this by penetrating less than 2% of the collegiate market and less than 1% of the youth market. Translation - we believe our $100M+ forecast is conservative.

As a bridge to our institutional round, we are raising $1.5M of investor favorable convertible debt at 8% that converts into the most favorable class of shares at a minimum 20% discount to the institutional round at the discretion of the note holder. Min $50,000 – Max $500,000 per investor.

The opportunity is very real to build a significant company. Our benchmark competitor was acquired in June by Bain Capital for $2.5B. Time for us to play Major League Ball!

XYZ, please review the attached deck. Call you after holiday break. Know that I'm not offended in any way if you pass. Looking forward to catching up!!!

All the Best, Ian
Cell: 410-215-0128

## BE PROUD.

# PRIDEGEAR



ACSF | adidas | UNDER ARMOUR

CLUBSPORTSGEAR.COM    IMSPORTSGEAR.COM    PRIDEGEAR.COM    RECSPORTSGEAR.COM    GREEKSPORTSGEAR.COM



**Uniquely Positioned to be the Largest E-tailer of Custom Athletic Apparel for the College Market. Seamlessly Transferable to Youth Sports.**

**July 2018**

*CONFIDENTIAL & PROPRIETARY*
*3rd PARTY DISTRIBUTION PROHIBITED*

# PRIDEGEAR OVERVIEW



**American Collegiate Sports & Fitness**
Largest Participatory College Sports Property
University Rec Sports Exclusive Contracts
**$1B+ Spent on Athletic Apparel**

***PRIDEGEAR** – Mass Customization of Performance Apparel for College Students Participating in Fitness, Club Sports, Intramurals, Greek Life & University Recreational Sports Staff*

**adidas & Under Armour – North American Team Dealer**

- Favorable Cost of Goods
- Valuable & Rare – Awarded to National Players

**ACSF – Exclusive Apparel Licensee**

**Official Licenses – Universities 100+ & Greek 50+**

**Proprietary E-Commerce Platform**

**Supply Chain – Best in Class for Custom Performance Apparel**

**Pilot Program Success**

- Universities - Iowa St, Virginia Tech, Michigan St, etc.
- Youth Sports - Mendocino Soccer Academy

**Market Opportunity**

- College students want custom premium branded athletic apparel
- Bookstores lack performance apparel customization capabilities
- National Athletic Retailers lack campus presence

**Raising Capital for Marketing, Sales & National Roll Out**

**CONFIDENTIAL & PROPRIETARY**
**3rd PARTY DISTRIBUTION PROHIBITED**

# ACSF DELIVERS OFFICIAL CAMPUS ACCESS







**#1 Extracurricular Activity on Campus – Fitness & Intramural Sports**

**NCAA is Big Time College Spectator Sports**

**ACSF is Big Time College Participatory Sports**

**ACSF – More 18-24 yr olds than live in the Top 10 DMA's**

- 3M+ Student Population – 50% of all Full-Time 4yr Students
- 200+ Exclusive University Rec Sports & Fitness Contracts
- $1B+ Spent Annually on Athletic Apparel

**ACSF Student Fitness Centers - Highest Student Traffic on Campus**

- 75%+ of Students use the Fitness Center
- 2+ Million Students Weekly
- Avg. Size 150,000 sq. ft.

**PRIDEGEAR Leverages ACSF Sponsorship Programs**

- Group Fitness, Intramural Sports, Club Sports
- Fitness Center Entry/Exit Ideal for Student Promotions
- Custom Brand Activation & Out-of-Home Advertising
- No Advertising Clutter / Competitive Noise

**ACSF Clients**

- P&G, Microsoft, PepsiCo, Ford, Philips, Colgate, Unilever, etc.
- Consistently Delivers Brands Profitable ROI

Docusign Envelope ID: 873543EA-0A44-4086-B0D9-285180766176



## Official North American Team Dealerships

**Valuable & Rare – Typically Awarded to Proven National Players**
Eastbay, Dick's & BSN (adidas recently dropped BSN)

Nationally Authorized to Sell Entire Product Lines

Providing Marketing & Product Seeding Support

Favorable COGS & Terms

18-24 Year Old College Market is Strategically Important to Brands

SUPPLY CHAIN ADVANTAGE

# CQESP

## Best in Class Customer Experience

**C**USTOM    Mass Customization Capabilities for Individuals and Groups

**Q**UALITY    Premium Brands & High Quality Embellishment

**E**ASY    User-Friendly Digital Platform for Individual & Group Ordering

**S**PEED    50% Faster than Custom Team Apparel Industry Standard

**P**RICE    Student & Staff VIP Pricing

CONFIDENTIAL & PROPRIETARY
3rd PARTY DISTRIBUTION PROHIBITED

# BEST IN CLASS SUPPLY CHAIN

- Unique Capability to Individually Customize Performance Apparel Cost-Efficiently

- Developed Proprietary Breathable & Stretchable Print Technology; Patent in Process

- Custom Performance Apparel Delivered 50% Faster than Team Apparel Industry Standards

- DecoNetwork – Created a Proprietary User-Friendly Interface by leveraging their Enterprise Platform

- STAHLS' – Embellishment & Fulfillment (Provider to Pro Leagues: MLB, NBA, NFL & NHL)

- Quality Private Label Suppliers – SanMar (Performance), Bella (Yoga), Alleson (Team)



Just-in-Time Delivery Reduces Inventory Requirement

# PROPRIETARY E-COMMERCE PLATFORM





**Platform Enables Online Ordering of Customized Performance Apparel and Payment Management**

**Customer-Focused Online Stores**
- Officially Endorsed for Rec Sports Depts & Teams
- Individual Customization for Affinity Groups

**Simplified Customization & Team Ordering**
- User-Friendly Interface and Order Process

**Dynamic Product**
- View Product/Color/Graphics Changes in Real-Time

**Scalable Digital Platform**
- Ability to Replicate and Scale Quickly

CONFIDENTIAL & PROPRIETARY
3rd PARTY DISTRIBUTION PROHIBITED

# PRIDEGEAR.COM

VIP Pricing for Collegiate Students | adidas | Under Armour



**Proprietary Breathable Graphic Technology**



## University-Branded Performance Apparel E-Stores

- Students customize high-performance apparel with their favorite athletic activities at 15% below MSRP

- Not available in University Bookstores

- Our Print Process allows for Individual Customization
  - Direct-to-Garment does not work on performance apparel

- Exclusive endorsements from University Fitness Departments
  - Licensing Royalties to University
  - Rec Departments earn Apparel Credits on Student Sales

- Product Margin: 45%-55%

Sample Store:

FAMU: famu.pridegear.com

**CONFIDENTIAL & PROPRIETARY**
**3rd PARTY DISTRIBUTION PROHIBITED**

# CLUBSPORTSGEAR.COM

VIP Pricing for
Collegiate Club Teams |  





**University Endorsed Custom Club Sports Team E-Stores**

- Free Team Stores for Club Sports Teams

- Custom High Performance Team Apparel & Gear

- Player Payments Collected for Team Managers

- Fundraising Stores – Clubs Receive 10% of Sales

- Licensing Royalties paid to Universities

- Delivered 50% Faster than Industry Standard

- Product Margin: 40%-50%

Sample Stores:

Temple University: templesoftball.clubsportsgear.com

U. of Nebraska Omaha: unowheelchairbasketball.clubsportsgear.com

**CONFIDENTIAL & PROPRIETARY
3rd PARTY DISTRIBUTION PROHIBITED**

Docusign Envelope ID: 873543EA-0A44-4086-B0D9-285180766170

# IMSPORTSGEAR.COM

VIP Pricing for Collegiate IM Teams | adidas · Under Armour








## Intramural Sports Department Exclusive Endorsement

- Free E-Stores for Intramural Sports Teams

- Team Shirts with Name/Number starting at $19.95
  - 50% Gross Product Margin

- CAD-Cut Customization – Can Ship in 72 hours
  - Quick Fulfillment is a Competitive Advantage

- Player Payments Collected for Team Captains

- Nationally Scalable to all U.S Colleges and Universities
  - University Licensing is not Required

- Product Margin: 45%-55%

Sample Stores:

Cornell University: servingthelaw.imsportsgear.com

Cal State Fresno: kpc.imsportsgear.com

CONFIDENTIAL & PROPRIETARY
3rd PARTY DISTRIBUTION PROHIBITED

# RECSPORTSGEAR.COM

VIP Pricing for
Collegiate Rec Sports Departments

adidas


## Official Recreation Sports Department E-Stores



- Custom Rec Staff Uniform/Apparel Stores

- Paid for by University Rec Department Budget

- Staff can Purchase Additional Apparel

- Student Staff can Purchase PRIDEGEAR at a Discount

- adidas & UA 30% Below MSRP

- Delivered 50% Faster than Industry Standard

- Product Margin: 40%-50%



Sample Stores:

Virginia Tech: vatechfitness.recsportsgear.com

Michigan State: mistaterec.recsportsgear.com

# 100+ UNIVERSITY LICENSES AWARDED IN LESS THAN 2 YEARS

         

         

       

        

         

         

        

       



Docusign Envelope ID: 873543EA-0A44-4086-B0D9-285180766170

# GREEKSPORTSGEAR.COM

VIP Pricing for
Collegiate Greek Life | adidas



## Greek-Branded Custom High-Performance Apparel

- Greek Apparel is Typically not Premium Brands

- Greek Letter Color Options Changes Viewed in Real-Time

- Charitable Giving: 10% of Sales to Local Chapter's Charity

- Nationally Scalable to all colleges due to licensing agreements with Greek national organizations

- Amazon Approved Retail Partner 

- Product Margin: 45%-55%



Sample Store:
greeksportsgear.com

CONFIDENTIAL & PROPRIETARY
3rd PARTY DISTRIBUTION PROHIBITED

Docusign Envelope ID: 873543EA-0A44-4086-B0D9-285180766170

# 50+ Greek National Chapter Licenses Signed in Less Than a Year



CONFIDENTIAL & PROPRIETARY
3rd PARTY DISTRIBUTION PROHIBITED

# ON-CAMPUS NATIONAL ROLL OUT TACTICS – SEPTEMBER 2018







**Key Influencer Product Seeding**

- Fitness Instructor & Personal Trainer
- Top Student Athletes - "Athletes of the Week" and MVPs
- Rec Department Staff

**Trainer & Group Fitness Instructor Purchasing Program**

- PRIDEGEAR at 35% Savings

**Promotion through ACSF Sponsorship Programs**

- Fitness & Intramural Sports Sponsorships
- On-Campus Branding – Banners, Posters, Postcards
- Promotional Giveaways – Ex. Water Bottles, Stress Balls
- Out-of-Home On-Campus Advertising (SportsBoards)

**Student Ambassador Program**

**Referral Program for Rec Departments & Club Sports Teams**

**Rec Department Sales Incentives**

- Rec Departments earn apparel credits on student sales

# ON-CAMPUS MERCHANDISING PLATFORMS







PRIDEGEAR Displays Supplied by NikeTown Designer

Located in Campus Fitness Centers to Touch & Feel Quality

# UNIVERSITY COMPETITIVE ANALYSIS

| | PRIDEGEAR | Fan Retailers | | Custom Retailers | | Team Retailers | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Bookstore | Fanatics | Local Printer | CustomInk | Team Dealers | BSN |
| **Customer Segments** | | | | | | | |
| Fitness Students | Excellent | Very Good | Average | Poor/Not Applicable | Poor/Not Applicable | Poor/Not Applicable | Poor/Not Applicable |
| Rec Staff | Excellent | Poor/Not Applicable | Poor/Not Applicable | Excellent | Very Good | Fair | Very Good |
| Club Teams | Excellent | Poor/Not Applicable | Poor/Not Applicable | Average | Fair | Excellent | Very Good |
| IM Sports Teams | Excellent | Poor/Not Applicable | Poor/Not Applicable | Very Good | Very Good | Poor/Not Applicable | Poor/Not Applicable |
| Greek | Excellent | Poor/Not Applicable | Poor/Not Applicable | Very Good | Average | Poor/Not Applicable | Poor/Not Applicable |
| **Barriers to Entry** | | | | | | | |
| Rec Dept Endorsement | Excellent | Poor/Not Applicable | Poor/Not Applicable | Average | Poor/Not Applicable | Average | Average |
| Official Team Dealer | Excellent | Poor/Not Applicable | Poor/Not Applicable | Poor/Not Applicable | Poor/Not Applicable | Very Good | Very Good |
| Official Licenses | Excellent | Excellent | Excellent | Average | Poor/Not Applicable | Very Good | Very Good |
| National Campus Access | Excellent | Fair | Average | Poor/Not Applicable | Average | Fair | Average |
| National Scalability | Excellent | Fair | Average | Poor/Not Applicable | Average | Fair | Very Good |

**Legend:** ◉ Excellent   ◖ Very Good   ○ Average   ◒ Fair   ● Poor/Not Applicable

CONFIDENTIAL & PROPRIETARY
3rd PARTY DISTRIBUTION PROHIBITED

# YOUTH SPORTS OPPORTUNITY



## Youth Sports Market

- $4B Apparel Market
- 21M US Youth League Players

## Official Youth Sport Teams Player E-Stores

- Proprietary Digital Platform Easily Transfers to Youth Sports
- Eliminates Coaches Pain – No more tracking down player checks
- Fundraising Stores – Teams Receive 10% of Sales
- Delivered 50% Faster than Industry Standard

## Team Sports Domains Owned Include:

- SoccerTeamGear.com
- BasketballTeamGear.com
- SoftballTeamGear.com

- FootballTeamGear.com
- VolleyballTeamGear.com
- LacrosseTeamGear.com

# YOUTH SPORTS SUCCESSFUL PILOT





**Mendocino County Soccer Academy Club E-Store**

- $45,000+ in 3 weeks - 300 Players

- ClubSportsGear.com Seamlessly Implemented for Youth Soccer

- Leveraged adidas' strength as the premier Global Soccer Brand

- Team Uniform Payments Collected Online –Solved the pain of coaches having to chase down player checks for team gear

- Club Fundraising Store – Club Earned 10% of Sales

**SoccerTeamGear.com – Launching Fall '18**

- Youth Soccer Club Opportunity: 100-1,000 Players per Club

- Mendocino has committed for Fall '18 Season

Sample Store:

Mendocino County Soccer Academy: mcsa.clubsportsgear.com

# PILOT PERIOD TESTIMONIALS



"We have made three large purchases for our staff through RecSportsGear.com, and the process couldn't be easier. We will be back for more!"
- *Michael Giles, Iowa State University*
   *Sales: $43,263 – Purchasing More Fall '18*



"The RecSportsGear apparel we ordered for our Rec Staff is amazing! The process was simple and the customer service is excellent. We just placed our 4th order!"
- *Jody Strank, Michigan State University*
   *Sales: $12,480 – Purchasing More Fall '18*



"Our soccer club is very happy with this partnership. The kids and boosters love their gear, and the parents appreciate the easy ordering process and top-notch customer service!"
- *Shane Huff, Mendocino County Soccer Association*
   *Sales: $47,284 – Purchasing More Fall '18*

# FORECAST SUMMARY

## $100M Revenue by 2022

| *(in $000s)* | **2018** | **2019** | **2020** | **2021** | **2022** |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| University | $1,911 | $11,001 | $26,034 | $49,518 | $79,304 |
| Youth | 1,035 | 8,942 | 23,536 | 42,516 | 72,884 |
| **Total Revenue** | 2,946 | 19,944 | 49,570 | 92,034 | 152,189 |
| **COGS** | 1,749 | 11,583 | 28,837 | 52,823 | 87,355 |
| **Gross Profit** | 1,197 | 8,351 | 20,733 | 39,211 | 64,834 |
| **Operating Expense** | 2,311 | 7,154 | 16,345 | 26,088 | 34,511 |
| **Operating Income** | (1,114) | 1,197 | 4,388 | 13,123 | 30,323 |
| *Gross Profit Margin %* | *41%* | *42%* | *42%* | *43%* | *43%* |
| *Operating Margin %* | | *6%* | *9%* | *14%* | *20%* |

\* Does not include corporate, other affinity groups, fundraising, charity, etc.

**CONFIDENTIAL & PROPRIETARY**
**3rd PARTY DISTRIBUTION PROHIBITED**

Docusign Envelope ID: 873543EA-0A44-4086-B0D9-285180766170

# GROWTH OPPORTUNITIES



- **Amazon Approved Retail Partner – Fall '18**



- **NIKE – Strong 20yr Relationship & Plan to On-Board '19**



- **Graduating Students – Alumni & Customers for Life**

Docusign Envelope ID: 873543EA-0A44-4086-B0D9-285180766170
Case 1:25-cv-10002-RA    Document 18-1    Filed 07/05/25    Page 28 of 34

# RECENT OPPORTUNITIES/DEALS



**Sports Association Affinity**
- United States Taekwondo Association (USTA)
  - Official Member Apparel/Gear Store
  - +1,000 Members
  - Largest Martial Art Form in the World: +7 Million Active Participants
  - Store Launching Fall '18: usta.clubsportsgear.com



**Corporate Affinity –** "Functional & Fashionable" vs "Functional & Frumpy"
- PetVet Care Centers:
  - 140 Veterinary Clinics – Custom Employee Stores
  - +5,600 Employees
  - Owned by KKR
  - Store Launching Fall '18: petvetcare.pridegear.com

Docusign Envelope ID: 873543EA-0A44-4086-B0D9-285180766170

Exit Opportunities include **Acquisition** or **IPO**

**PUBLIC ACQUIRERS**

| | |
|---|---|
| Footlocker | Gap.Athleta |
| Dicks Sporting Goods | Newell Brands (Jostens) |
| Gildan Activewear | Amazon |
| Hanes | Walmart |

**PRIVATE ACQUIRERS**

| | | |
|---|---|---|
| Fanatics | Apollo | Revolution Growth |
| CCMP Capital Advisors | Blackstone | Versa Capital Mgmt |
| Learfield | TSG Enterprises | Golden Gate Capital |
| IMG | Webster Capital | Oaktree Capital |
| BSN (Herff Jones/Varsity Brands) | BRG Sports | AEA Investors/Kelso |
| American Achievement (Balfour) | Silver Crystal Group | The Riverside Company |

Docusign Envelope ID: 873543EA-0A44-4086-B0D9-285180766170

# ADVISORY BOARD & SHAREHOLDERS

## Ian Leopold, Founder & CEO

Founded ACSF, America's largest participatory college sports property

Founded the Unofficial Student Guide as a student, and grew it into a profitable multi-million dollar Inc. 500

Progressive Insurance - Managed profitable turn-around of Progressive American Life Insurance Corp, its previously unprofitable life insurance division, saving PALIC's AM Best A+ Rating

Kellogg Graduate School of Management Alumni Advisory Board: Served as Co-Chairman of Innovation & Programming

Beijing University's Guanghua School of Management: Served as Member of International Advisory Council

Media Coverage: Ad Age, Sports Business Journal, Entrepreneur, Forbes, WSJ, Bloomberg, CBS, CNBC, CNN

## Advisory Board

**David House:** Chairman Serenoa; Former American Express Global Group President, Reebok, PepsiCo, P&G & J.Crew Board Member

**Dave Kieselstein:** Vice Chairman, Executive Board at MidOcean Partners Private Equity; Former CEO of Penton

**Andy Sucoff:** Partner, Goodwin Procter, Chairman of the firm's Boston office

**Gary Cohen:** CEO of Qualitor Automotive Inc.

**Dr. Neil Roth, MD:** Founder & Director, New York Sports Medicine Inst.

## Notable Founding Shareholders

**Larry Levy:** CEO of Levy Acquisition Corp.; Co-Founder & Chairman of Levy Restaurants, Inc.

**Clint Mabie:** President & CEO of the Community Foundation for Southern Arizona

**Scott Filstrup:** President of The Consultants Limited

**Christophe Karvelis:** Co-Founder & Managing Director, Capzanine

**Dr. Kim Hammond, DVM :**  PetVet Care Centers

**Donald P. Jacobs Family Trust**

Docusign Envelope ID: 873543EA-0A44-4086-B0D9-285180786170

# MANAGEMENT TEAM

## Caryn Smith – Chief Financial Officer

Caryn has 20 years of CFO, private equity and start-up experience. Prior to opening her advisory practice focusing on early stage businesses in 2004, she was the CFO for Travelweb, a startup formed by the travel industry's top 5 hotel chains to distribute hotel rooms online. BA Mount Holyoke College & MBA Kellogg Graduate School of Management. *Contractor*.

## David Burke – VP Operations

David was previously with GE Capital and Starwood Hotels. He worked on strategic acquisitions, sourced capital and advised creditors in workouts, due diligence and pricing. Dave is a Kellogg graduate with a mechanical engineering degree from Cornell. He is co-chair of the Kellogg Alumni Club of San Diego, was co-captain of Cornell's varsity ice hockey team, and was a draft pick of the Toronto Maple Leafs. *Contractor*.

## Allen Patapoff – VP University Operations

A senior executive with 20+ years of success with ACSF managing university recreational sports & fitness sponsorship programs for national accounts including NIKE, Microsoft and Procter & Gamble. Responsible for overall university marketing as well as University & Greek licensing. BS University of Oregon.

## Pete Knippenberg – VP National Sales

Pete is a senior sales executive with over 14 years as a key member of the sales team that delivered explosive growth for Under Armour. He most recently served as Director of Sales - Specialty Team Sports. Pete brings in-depth knowledge of the independent sales channel, specifically as it pertains to team sports. He has worked with the largest distributors outfitting athletes from the professional ranks down to youth organizations. He is a former college soccer player. BA Miami University. *Contractor*

## John Scipio – VP National Sales

John is a senior sales and marketing executive with over 20 years experience driving revenue for NIKE. John built highly effective sales teams and delivered profitability for NIKE. He led the reorganization of NIKE Team resulting in a 32% CAGR over 3 years. His responsibilities included managing the Foot Locker relationship for NIKE. BA University of Memphis. *Contractor*.

## Kim Bancsi – Director University Marketing

An experiential and event marketing director with over 15 years of success managing collegiate, nonprofit and sports campaigns. She has extensive experience with university recreational sports sponsorships, and excels at client communications and management. Kim is a competitive USTA team tennis player. BS from Elon University and MNM from Florida Atlantic University.

# ACSF UNIVERSITY PARTNERS

Adelphi University
Albany State University
Appalachian State University
Arizona State University
Arizona State University - Polytechnic Campus
Arkansas State University
Armstrong Atlantic State University
Ashland University
Auburn University
Augustana College
Austin Peay State University
Baylor University
Bloomsburg University of Pennsylvania
Brooklyn College
Brown University
Buffalo State College
California State Polytechnic University-Pomona
California State University-Chico
California State University-Dominguez Hills
California State University-East Bay
California State University-Fresno
California State University-Long Beach
California State University-Los Angeles
Campbell University
Canisius College
Central Connecticut State University
Clarion University of Pennsylvania
Clayton State University
Clemson University
Cleveland State University
College of Southern Nevada
Columbia College-Chicago
Coppin State University
Cornell University
CUNY Bernard M Baruch College
CUNY Queens College
Eastern Kentucky University
Eastern Michigan University
Eastern Washington University
Edinboro University of Pennsylvania

Embry-Riddle Aeronautical University
Fairmont State University
Fayetteville State University
Ferris State University
Florida Agricultural and Mechanical University
Florida Gulf Coast University
Florida Institute of Technology
Florida International University
Gannon University
Gardner-Webb University
Gettysburg College
High Point University
Hunter College
Indiana State University
Indiana University-Purdue University-Fort Wayne
Indiana Wesleyan University
Kansas State University
Kean University
Kent State University - Stark
Kutztown University of Pennsylvania
La Salle University
Louisiana State University-Shreveport
Louisiana Tech University
Loyola University-New Orleans
Mansfield University of Pennsylvania
McNeese State University
Metropolitan State College of Denver
Miami University-Oxford
Michigan State University
Middle Tennessee State University
Millersville University of Pennsylvania
Minnesota State University-Mankato
Minnesota State University-Moorhead
Minot State University
Mississippi State University
Missouri State University
Missouri University of Science and Technology
Montana State University
Montclair State University
Murray State University

New Jersey Institute of Technology
North Carolina A & T State University
North Carolina Central University
North Carolina State University
North Dakota State University
Northeastern Illinois University
Northeastern State University
Northeastern University
Northern Arizona University
Northern Illinois University
Northern Kentucky University
Northern Michigan University
Northwest Missouri State University
Northwestern State University of Louisiana
Northwestern University
Pace University - Pleasantville
Pacific Luthern University
Pennsylvania State University
Pennsylvania State University- Harrisburg
Prairie View A & M University
Purdue University-Calumet Campus
Rutgers University-New Brunswick
Rutgers University-Newark
Sacred Heart University
Saint Cloud State University
Saint Louis University
Salisbury University
San Jose State University
Shaw University
Slippery Rock University of Pennsylvania
South Dakota State University
South Texas College
Southeast Missouri State University
Southeastern Louisiana University
Southern Connecticut State University
Southern Illinois University Carbondale
Southern Illinois University Edwardsville
Southern New Hampshire University
Southern University and A & M College
St. Edwards University

Stetson University
SUNY at Binghamton
SUNY at Geneseo
SUNY at Stony Brook
SUNY College at Brockport
SUNY College at Cortland
SUNY College at Oswego
Syracuse University
Tarleton State University
Texas A & M University-Commerce
Texas Southern University
The College of New Jersey
The Ohio State University
The University of Texas at Brownsville
The University of Texas at El Paso
The University of Texas-Pan American
University at Buffalo
University of Akron
University of Alabama at Birmingham
University of Arkansas-Fort Smith
University of California-Riverside
University of California-Santa Barbara
University of Central Arkansas
University of Central Florida
University of Cincinnati
University of Colorado-Colorado Springs
University of Hawaii at Manoa
University of Houston
University of Idaho
University of Louisiana at Lafayette
University of Louisiana at Monroe
University of Maryland-Baltimore
University of Michigan
University of Minnesota-Duluth
University of Mississippi
University of Missouri-Kansas City
University of Missouri-St Louis
University of Nebraska at Omaha
University of Nevada-Las Vegas
University of New Mexico

University of New Orleans
University of North Alabama
University of North Carolina at Chapel Hill
University of North Carolina at Charlotte
University of North Carolina at Greensboro
University of North Carolina at Wilmington
University of North Dakota
University of Northern Colorado
University of Northern Iowa
University of Rhode Island
University of South Carolina
University of South Dakota
University of South Florida
University of South Florida-St. Petersburg
University of Southern Maine
University of Tampa
University of Tennessee-Martin
University of Texas at San Antonio
University of Texas at Tyler
University of Toledo
University of Utah
University of West Alabama
University of West Georgia
University of Wisconsin
University of Wisconsin-La Crosse
University of Wisconsin-Stout
University of Wisconsin-Whitewater
Utah Valley University
Valdosta State University
Valparaiso University
Villanova University
West Chester University of Pennsylvania
Western Kentucky University
Wingate University
Winona State University
Winston-Salem State University
Winthrop University
Xavier University of Louisiana
York College Pennsylvania
Youngstown State University

# THE WALL STREET JOURNAL.

**** WEDNESDAY, OCTOBER 29, 2014 - VOL. CCLXIV NO. 102    WSJ.com    **** $2.00

# To Justify Fancy Gyms, Colleges Track Student Workouts

UCLA discovered its recreation center drew 43,734 unique visitors last year, or almost 5,000 more than its student enrollment. Purdue University discovered students who worked out more often had higher GPAs.

That is some of the research colleges are mining amid criticism of a building boom of gyms with rock-climbing walls and specialty swimming pools. Working to justify their expenditures, schools are tracking student habits and changing their programming based on their findings.

UCLA uses an app called GymFlow that allows students to see how crowded specific areas in its recreation center are before they go and avoid long waits, says Mick Deluca, assistant vice chancellor of campus life. UCLA also offers employee memberships, which helps explain last year's visitor tally.

Purdue in West Lafayette, Ind., recently replaced its half-century old rec center with a $98 million, 470,000-square foot facility. Usage surged. Purdue officials noticed another trend using data from students scanning in their ID cards when they entered the facility: Those who exercised more got better grades.

Students in fall 2013 who made no visits to recreation facilities averaged GPAs of 3.07; those making 64 visits or more in a semester averaged 3.20, officials said. Students completing their first semester at Purdue who visited rec facilities 15 times or more earned 3.08 GPAs, compared with 2.81 for those who made no visits.

A separate study by assistant professor Christopher Slaten in Purdue's college of education compared 100 students enrolled in semester-long yoga or kickboxing classes with 100 students similar in gender, class year and race who made no visits to the rec center. After 16 weeks, the fitness-class students showed significantly lower stress levels than their peers and higher confidence in managing their social lives.

The fitness-class students also improved their grades significantly over the semester, meaning that even previously strong students made gains. Dr. Slaten and his research team are preparing to submit the study to a peer-reviewed academic journal.

Leah Franklin, a junior at Ohio State University, said she was initially overwhelmed by the school's 570,000-square foot recreation center. The glass-walled building features a massive gym space, a jungle of weight racks and a so-called cardio canyon with treadmills and elliptical machines. Ms. Franklin tried a cycling class, got hooked and now attends classes almost every day.

"I love TRX, cardio kickbox, circuit cycle," Ms. Franklin says, listing a few of the two dozen types of classes that Ohio State offers.

On a recent weekday afternoon in Columbus, students queued up for a circuit cycle class that alternated between stationary cycling and strength exercises. Total visits to group-fitness classes at OSU jumped 68% between 2012 and 2014, while enrollment rose 3%.

While previous generations of college students might have mixed in the occasional softball game amid test cramming and late-night pizza, the current one has grown up amid a fitness and wellness boom. "They understand the critical importance of physical activity," says Don Stenta, OSU's director of student life recreational sports.

Rec centers have become showpieces of campus tours as universities increasingly compete for out-of-state students. Critics say the centers are turning colleges into country clubs at a time when tuition and fees are skyrocketing.

About 75% of U.S. students use on-campus rec centers, facilities or programs in a given year, according to NIRSA: Leaders in Collegiate Recreation, the group formerly called the National Intramural-Recreational Sports Association.

Some universities have just recently met the demand for fitness classes from female students, now the majority on most campuses. At North Carolina State University in Raleigh, more students participate in group fitness classes than in traditional fare like intramural teams. N.C. State tripled the number of its weekly fitness classes to 150—far more than many commercial health clubs—two years ago.

"There was this idea that IM [intramural] sports was driving the industry, but that really wasn't the case," says Heather Sanderson, N.C. State's associate director for university recreation.

University of Florida graduate students started complaining a few years ago that they weren't getting enough from their required student-activity fee. They wanted to stop paying it.

The school examined data from student-ID scans and noticed that a significant share of people at the main rec center's 7 a.m. opening were graduate students. Officials moved up the opening to 6 a.m. Complaints died down, says Pam Hightower, an assistant director of administrative services for UF recreational sports.

"We weren't just moving the people from one hour to the next," Ms. Hightower says. "We were attracting new, unique people."

Rec department offerings are more diverse than ever, from scuba classes at the University of Wisconsin to instruction in 15 martial arts disciplines at UCLA, including muay thai and Brazilian jujitsu.

Ohio State has held a Harry Potter-themed cycle class set to the movies' music and Downton Abbey yoga featuring video clips from the show to appeal to people who might not visit the rec center regularly, Dr. Stenta says. In coming weeks Portland State University in Portland, Ore., is holding a zombie dodgeball game on Halloween as an alternative to alcohol-fueled parties and a women's night at its rock-climbing wall to encourage newcomers.

"We really have this moral obligation to be good stewards of this money," says Alex Accetta, Portland State's director of campus recreation, of the rec fees required of students on campuses nationwide.

Nationwide data about student-recreation fees are scarce. But 10 schools in the Big Ten Conference, a collection of large, mostly Midwestern universities, charged students an average of $135 per semester last year, according to the University of Wisconsin.

Intramural sports remain popular for men in particular, along with open-gym activities like basketball. But non-sport fitness activities are driving industry growth, says Ian Leopold, president and CEO of American Collegiate Intramural Sports & Fitness, a New York company that connects university recreation departments with corporate sponsors. Last summer, American Collegiate Intramural Sports added "& Fitness" to its name as sponsorship dollars for fitness overtook those for intramurals. Mr. Leopold anticipates that almost three-fourths of ACISF's business will be attached to fitness activities by 2016. Most growth will be from companies that target female consumers, he says.



Abigail Baillie participates in a TRX Suspension class at Ohio State University.



Students climb at Purdue's new rec center, left. North Carolina State students play a canoe-themed game, Battleship, right.



# CONTACT

Ian Leopold
President & CEO
E: ileopold@pridegear.com

Allen Patapoff
Vice President
E: apatapoff@pridegear.com

PRIDEGEAR
888 Prospect Street, 2nd Floor
San Diego, CA 92037
P: 619-377-9137



**PROPRIETARY AND CONFIDENTIAL**
**3rd PARTY DISTRIBUTION PROHIBITED**