# Kasell Law Firm

December 12, 2025

*via CM/ECF*

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**Re:** *Hammond v. Leopold et al.*, **No. 1:25-cv-10002 (RA) — Request for Extension of Time to Respond to Complaint**

Judge Abrams:

Pursuant to Rule 1(D) of Your Honor's Individual Rules and Practices in Civil Cases, Defendants Ian Leopold, Pridewear LLC, and American Collegiate Sports LLC ("Defendants") respectfully submit this letter-motion seeking an extension of time to answer or otherwise respond to the Complaint to Friday, January 2, 2026.

**1.    Original due date**

Under Fed. R. Civ. P. 81(c)(2) (post-transfer) and the transfer docketing on December 2, 2025, Defendants' responsive pleading is currently due Wednesday, December 17, 2025.

**2.    Number of previous requests**

This is Defendants' first request for an extension of time in this Court.

**3.    Whether prior requests were granted or denied**

No prior request has been made to this Court.

**4.    Whether the adversary consents**

Plaintiff's counsel does not consent at this time, although the conversations were amicable. It is understandable that Plaintiff's counsel needs to discuss the issue with his client and, if he objects, he stated that he will put forth his objections by way of a separate letter.

# Kasell Law Firm

**Request and Basis**

Defendants respectfully submit that good cause exists for the requested extension. The case was transferred to this District on December 2, 2025, and the undersigned was only retained this afternoon, December 12, 2205.

Defendants require additional time to review the full Maryland record, assess the procedural posture following transfer (including the history of the prior motion), and prepare an appropriate response under Second Circuit and S.D.N.Y. standards. We also intend to discuss with Plaintiff's counsel if we can agree to a schedule that we might jointly present to the Court wherein Plaintiff will submit an amended complaint and Defendants will then respond to that operative document.

In light of the above, Defendants respectfully request that the Court extend their deadline to respond to the Complaint to Friday, January 2, 2026.

I appreciate the Court's consideration to this request.

Respectfully submitted,

/s/ David Kasell
David M. Kasell
Kasell Law Firm
Local Counsel for Defendants
