AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Kim Hammond, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-10002 (RA) |
| Ian S. Leopold, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kim Hammond and Milnel Foundation, Inc.

Date:   12/19/2025

/s/David M. Rody
*Attorney's signature*

David M. Rody, DR6455
*Printed name and bar number*

100 E Pratt Street
Suite 2440
Baltimore, MD 21202

*Address*

drody@zuckerman.com
*E-mail address*

(410) 332-0444
*Telephone number*

(410) 659-0436
*FAX number*