# Kasell Law Firm

December 22, 2026

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re: *Hammond v. Leopold*, No. 25 Civ. 10002 (RA)

Judge Abrams:

I write jointly on behalf of all parties to request an adjournment of the Initial Pretrial Conference currently scheduled for January 16, 2026. Plaintiffs have recently hired new local counsel, who has advised that Plaintiffs intend to file an amended complaint. In light of that anticipated amendment, the parties agree that it would promote efficiency to adjourn the conference until after the amended pleading and any resultant answer and/or motion.

The parties jointly propose that Plaintiffs be directed to file any amended complaint on or before January 21, 2026. Defendants would then respond to the amende complaint in accordance with the Federal Rules of Civil Procedure or as otherwise directed by the Court. The parties would additionally request that the current Pretrial Conference be set for the first available date following the Defendants' response deadline (February 23rd and thereafter).

This request is made with the consent of all parties, is the first request for adjournment of the Initial Pretrial Conference, and will not prejudice any party.

I thank the Court for its consideration.

Respectfully submitted,
/s/ *David Kasell*
David Kasell
Kasell Law Firm
Counsel for Defendants
cc: All counsel of record