# Kasell Law Firm

January 2, 2026

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re:     *Kim Hammond and Milnel Foundation, Inc. v. Ian Leopold, Pridewear LLC and American Collegiate Sports LLC*, No. 25 Civ. 10002 (RA)

Judge Abrams:

      I respectfully request that the Court issue an Order to Show Cause as to why this action should not be dismissed without prejudice for lack of subject-matter jurisdiction. Plaintiffs invoke diversity jurisdiction under 28 U.S.C. § 1332. *See* ECF No. 1, Complaint ¶ 5 (alleging that "[t]his Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)").

      One of the plaintiffs, Kim Hammond, is a natural person and a member of Defendant Pridewear LLC. It is well settled that a limited liability company takes on the citizenship of each of its members. Accordingly, Pridewear LLC is necessarily a citizen of the same state as Plaintiff Hammond (Maryland), thereby destroying complete diversity.

      Subject-matter jurisdiction is determined at the time the action is filed. Because complete diversity was lacking at the time of filing, the court in Maryland lacked subject-matter jurisdiction from the outset, and no subsequent proceedings—including the motion to transfer—could cure that defect.

      If this analysis is correct, the action must be dismissed without prejudice for lack of subject-matter jurisdiction. Alternatively, Plaintiffs should voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows dismissal before an answer.

Respectfully submitted,
/s/ *David Kasell*
David Kasell
Kasell Law Firm
Counsel for Defendants
cc: All counsel of record
