

David M. Rody
PARTNER
Zuckerman Spaeder LLP
drody@zuckerman.com
410-949-1177

January 4, 2026

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:     **Hammond v. Leopold, 25 Civ. 10002 (RA)**

Dear Judge Abrams:

We write in response to the letter-request filed by defendants on January 2, 2026, asking the Court to issue an Order to Show Cause as to why the case should not be dismissed for lack of subject matter jurisdiction. (ECF No. 34.)

We do not believe there is any defect regarding subject matter jurisdiction over defendant Pridewear LLC—the only defendant (of the three named) to which defendants' letter-request relates. Indeed, there is plainly no issue with diversity jurisdiction over defendant Ian Leopold, who affirmed in his affidavit attached to defendants' Motion to Dismiss (ECF No. 17, Attachment #2) that he resides in New York. Nor is there any alleged defect in subject matter jurisdiction over defendant American Collegiate Sports LLC, which Mr. Leopold affirmed "is a separate entity with no ownership in Pridewear." (ECF No. 17, Attachment #2, at ¶ 7.)

Accordingly, given that defendants' letter-request is not dispositive of this action, we respectfully request that plaintiffs be permitted to address the subject matter jurisdiction issue raised—if necessary—within plaintiffs' amended complaint, to be filed on or before January 21, 2026, pursuant to this Court's Order of December 26, 2025. (ECF No. 33.)

Respectfully submitted,

/s/ David M. Rody

cc:     All counsel of record