# Kasell Law Firm

January 9, 2026

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re:   *Hammond v. Leopold et al.*, No. 25 Civ. 10002 (RA)

Judge Abrams:

      I write to inform the Court that Mr. Leopold advised me by email that he has terminated my representation of himself, Pridewear LLC, and American Collegiate Sports LLC (collectively, the "Defendants"). He further advised that John Bradham and Peter Katzman of Morea Schwartz Bradham Friedman & Brown LLP will assume representation of the Defendants going forward. Mr. Leopold attached a substitution of counsel form, which I will forward to Mr. Bradham and Mr. Katzman so that they may file a notice of appearance.

      I submit this letter to apprise the Court that the Defendants have an outstanding proposed Order to Show Cause and to ensure that, should the Court request oral argument or a conference call regarding that matter, any instructions are directed to appropriate counsel.

Respectfully submitted,
*/s/ David Kasell*
David Kasell
Kasell Law Firm
Counsel for Defendants
cc: All counsel of record