UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM HAMMOND, and MILNEL FOUNDATION, INC.,

Plaintiffs,

v.

IAN S. LEOPOLD, PRIDEWEAR LLC, and
AMERICAN COLLEGIATE SPORTS LLC;

Defendants.

No. 25-CV-10002

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendants' letter motion requesting that the Court issue an Order to Show Cause as to why this action should not be dismissed for lack of subject-matter jurisdiction. Dkt. 34-1 ("Defs. Ltr."). Plaintiffs have filed an opposition to this request, Dkt. 35 ("Pls. Opp'n"), to which Defendants have replied. Dkt. 36 ("Defs. Repl."). For the reasons that follow, Defendants' request is denied, though the Court fully intends to address this issue once an Amended Complaint is filed.

Defendants allege that Plaintiff Kim Hammond, a natural person who is a citizen of Maryland, is a member of Defendant Pridewear LLC. Defs. Ltr. at 1; Defs. Repl. at 2. An LLC "takes the citizenship of each of its members." *Bayerische Landesbank, N.Y. Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012). It is true that "an LLC is completely diverse from opposing parties only if *all* of the members of the LLC are citizens of different states than *all* opposing parties." *DeVito Verdi, Inc. v. Legal Sea Foods, Inc.*, No. 21-CV-1007 (MKV), 2021 WL 1600088, at *1 (S.D.N.Y. Apr. 23, 2021) (emphasis in original). If Kim Hammond is a member of Pridewear LLC, then "complete diversity" does not exist and this Court may not exercise subject-matter jurisdiction over this action, pursuant to 28 U.S.C. § 1332. *Pa. Pub. Sch.*

*Emps.' Ret. Sys. v. Morgan Stanley & Co.*, 772 F.3d 111, 117–118 (2d Cir. 2014).[1]

The Court understands, however, that Plaintiffs intend to file an Amended Complaint on or before January 21, 2026. Dkt. 33. The Court expects that Plaintiffs will address Defendants' jurisdictional arguments in the Amended Complaint, and/or restore complete diversity by dropping dispensable parties, if any. *See, e.g.*, *LeBlanc v. Cleveland*, 248 F.3d 95, 98 (2d Cir. 2001). Plaintiffs shall inform the Court by January 21, 2026 if they no longer intend to file an Amended Complaint.

Because Plaintiffs will be filing an Amended Complaint shortly, and thus will have an opportunity to cure the jurisdictional issues raised by the Defendants, the Court finds that an Order to Show Cause is not warranted at this time.

SO ORDERED.

Dated:   January 10, 2026
         New York, New York

_____
Ronnie Abrams
United States District Judge

---

[1] The Court also observes that Plaintiffs have not plead the citizenship of each of the Defendant LLCs' members, as required to adequately plead diversity jurisdiction. *See, e.g.*, *DeVito Verdi*, 2021 WL 1600088, at *1–2.