AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern                                District of                                New York

Kim Hammond and Milnel Foundation, Inc.

Plaintiff (s),

V.

Ian S. Leopold, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:25-cv-10002-RA

Notice is hereby given that, subject to approval by the court, Ian S. Leopold, Pridewear LLC and American Collegiate Sports LLC substitutes
(Party (s) Name)

John M. Bradham , State Bar No. 3064722 as counsel of record in
(Name of New Attorney)

place of David M. Kasell
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Morea Schwartz Bradham Friedman & Brown LLP

Address: 400 Madison Avenue, Suite 17D, New York, NY 10017

Telephone: (212) 695-8050           Facsimile (646) 964-5008

E-Mail (Optional): jbradham@msbllp.com

I consent to the above substitution.

Date: 01/09/2026

(Signature of Party (s))

I consent to being substituted.

Date: 01 / 09 / 2026

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 01/09/2026

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]