UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIM HAMMOND and MILNEL
FOUNDATION, INC.

         *Plaintiff,*

   v.

IAN S. LEOPOLD, PRIDEWEAR LLC,
and AMERICAN COLLEGIATE SPORTS
LLC

         *Defendants.*
------------------------------------------------------------X

25 Civ. 10002 (RA)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
January 12, 2026

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the annexed Affirmation of David Kasell, Esq., dated January 11, 2026, and upon all prior pleadings and proceedings herein, Defendants Ian S. Leopold, Pridewear LLC, and American Collegiate Sports LLC, by their undersigned counsel, will move this Court before the Honorable Ronnie Abrams, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, New York, for an Order pursuant to Local Civil Rule 1.4:

    1.    granting David Kasell, Esq. leave to withdraw as counsel for Defendants Ian S. Leopold, Pridewear LLC, and American Collegiate Sports LLC;

    2.    directing the Clerk of Court to update the docket accordingly; and

    3.    granting such other and further relief as the Court deems just and proper.

2

This motion is made on the grounds that Defendants have unequivocally terminated counsel's representation, that continued representation is ethically impermissible, that substitute counsel has been identified, and that withdrawal will not prejudice any party or disrupt the proceedings, as set forth in the accompanying Affirmation.

Dated: January 11, 2026
Long Island City, New York

/s/ David Kasell
David Kasell, Esq.
Kasell Law Firm
1038 Jackson Avenue, Suite #4
Long Island City, New York 11101
Office: (718) 404-6668
Email: david@kaselllawfirm.com
