AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Kim Hammond and Milnel Foundation, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10002-RA |
| Ian S. Leopold, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Ian S. Leopold, Pridewear LLC and American Collegiate Sports LLC   .

Date:   01/15/2026

/s/ Peter B. Katzman
*Attorney's signature*

Peter B. Katzman (PK8030)
*Printed name and bar number*

Morea Schwartz Bradham Friedman & Brown LLP
400 Madison Avenue, Suite 17D
New York, New York 10017
*Address*

pkatzman@msbllp.com
*E-mail address*

(212) 695-8050
*Telephone number*

(646) 964-5008
*FAX number*