AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Kim Hammond and Milnel Foundation, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-10002-RA |
| Ian S. Leopold, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Ian S. Leopold, Pridewear LLC and American Collegiate Sports LLC     .

Date:   01/15/2026

/s/ John M. Bradham
*Attorney's signature*

John M. Bradham  (JB2342)
*Printed name and bar number*

Morea Schwartz Bradham Friedman & Brown LLP
400 Madison Avenue, Suite 17D
New York, New York 10017

*Address*

jbradham@msbllp.com
*E-mail address*

(212) 695-8050
*Telephone number*

(646) 964-5008
*FAX number*