AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

Kim Hammond and Milnel Foundation, Inc.

Plaintiff (s),

V.

Ian S. Leopold, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:25-cv-10002-RA

Notice is hereby given that, subject to approval by the court, Ian S. Leopold, Pridewear LLC and American Collegiate Sports LLC substitutes
(Party (s) Name)

John M. Bradham , State Bar No. 3064722 as counsel of record in
(Name of New Attorney)

place of David M. Kasell .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Morea Schwartz Bradham Friedman & Brown LLP
Address: 400 Madison Avenue, Suite 17D, New York, NY 10017
Telephone: (212) 695-8050      Facsimile: (646) 964-5008
E-Mail (Optional): jbradham@msbllp.com

I consent to the above substitution.
Date: 01/09/2026
(Signature of Party (s))

I consent to being substituted.
Date: 01 / 09 / 2026
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 01/09/2026
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 01/16/2026
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]