UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

| | |
|---|---|
| KIM HAMMOND, and MILNEL FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IAN S. LEOPOLD, PRIDEWEAR LLC, and AMERICAN COLLEGIATE SPORTS LLC; <br><br> Defendants. | Case No. 25-CV-10002 <br><br> MOTION FOR ADMISSION <br> PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, CHRISTOPHER MILLARD hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the plaintiff's Kim Hammond and MILNEL Foundation, Inc., in the above-captioned action.

I am in good standing of the bar of the state of and MARYLAND and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 08 January 2026

Respectfully Submitted,

//S//
*Attorney's signature*

CHRISTOPHER MILLARD
USDC-MD Attorney No.: 27953
*Printed name and bar number*

Law Offices of Christopher Millard, LLC
8016 Bellona Avenue, Suite 43
Riderwood, Maryland 21139
*Address*

C.Millard@Millard.Legal
*E-mail address*

(443) 600-6011
*Telephone number*

(443) 300-7911
*FAX number*