# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| **Kim Hammond, et al.,** *Plaintiff* <br> v. <br> **Ian S. Leopold, et al.,** *Defendant* | ) ) ) ) ) ) ) Case No. 25-cv-10002 (RA) |

## AFFIDAVIT
## IN SUPPORT OF MOTION
## FOR ADMISSION PRO HAC VICE

1. My name is CHRISTOPHER MILLARD, I am over the age of 18, competent to testify, and have personal knowledge of the facts and matters set forth herein.

2. I provide the following in support of my Motion for Admission Pro Hac Vice to the United States District Court for the Southern District of New York.

3. I have never been convicted of a felony; and, I have never been censured, suspended, disbarred or denied admission or readmission by any court; and, I have no disciplinary proceedings presently against the myself.

I SOLEMNLY AFFIRM UND THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.

Dated: 09 January 2026

Respectfully Submitted,

_____
CHRISTOPHER MILLARD
*(Applicant Attorney)*

State of: Maryland
County of: Baltimore City
The foregoing instrument was acknowledged before me 9th day of January, 2026
Notary Public
My Commission Expires 03/18/28

TENISE WALLACE
Notary Public - State of Maryland
Baltimore City
My Commission Expires Mar 18, 2028

TENISE WALLACE
Notary Public - State of Maryland
Baltimore City
My Commission Expires Mar 18, 2028