# EXHIBIT 1

**From:** Ian Leopold <ileopold@aqoniq.com>
**Date:** December 26, 2024 at 7:34:40 PM EST
**To:** Kim Hammond <██████████>
**Cc:** Kim Hammond <██████████>
**Subject: Good News & Tax Deduction Opportunity Year End**

Kim - I hope you have the opportunity to enjoy quality time with your loved ones this holiday season!

Good news to share. We have finally "cracked the code." AQONIQ is "dialed in" for significant scaleable success. Also, we have officially rebranded from Pridewear to AQONIQ.

As you know, I have personally funded our company for the last 3+ years. Given the amount of time I was spending on family health issues, I did not feel comfortable asking you and our partners for support until I knew we had a winning hand.

We have a tax deduction opportunity for you before year-end that turbo-charges AQONIQ's success.

AQONIQ's partnership as the exclusive apparel supplier to The First Responders Thank You Foundation is proving successful. The FRTY Foundation has become AQONIQ's sales/marketing team, providing credibility with fire chiefs and access to 25,000 volunteer fire departments.

The First Responders Thank You Foundation needs funding to staff up and deliver on its mission of supporting volunteer fire departments. We're asking our partners to donate to the FRTY Foundation an amount equal to 10%-20% of their AQONIQ investment. You have invested in AQONIQ $945,075 with your last investment in 2020. A donation of 10% is $94,507 and 100% tax deductible (501c3). **FRThankYou.org**

As an additional incentive for our partners to donate to the FRTY Foundation, for every $1.00 donated, we are issuing AQONIQ warrants priced at $1.25 and exercisable until 12/31/2029. We can do this per IRS guidelines as the warrants are priced above their current market value.

I apologize for the short notice, but we needed formal legal and CPA approval before reaching out to you. I'm working in the office through the weekend and next week. I will be available to provide 1:1 updates and answer any questions you have. Email me back with a good time to speak, or you are always welcome to call my cell 410-215-0128.

**Please see attached.** The time to act is now!     *Kim - we are wayyyy overdue... - Miss You! Hope all is great with the Hammond Posse!! - Big Hug, Ian*

Thanks & Carpe Diem, Ian

--
Ian S. Leopold
President & CEO
AQONIQ
7660 Fay Avenue, Suite H-516
San Diego, CA 92037
Cell: 410-215-0128
ileopold@aqoniq.com

The sender has requested a read receipt. If you do not wish to provide one, click here.

**AQONIQ Update (1).pdf**