UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kim Hammond; and Milnel Foundation, Inc. <br><br> Plaintiffs, <br><br> vs. <br><br> Ian S. Leopold; and Pridewear, LLC <br><br> Defendants. | Case No: 1:25-cv-10002-RA <br><br> **NOTICE OF APPEARANCE** |

      Please take notice that the undersigned enters his appearance as counsel of record in the above-captioned action for Plaintiffs Kim Hammond and Milnel Foundation, Inc. I request that all subsequent papers be served upon me through the Court's CM/ECF system, or if not through that system, at the address listed below.

Dated: January 23, 2026

*/s/ Devon Galloway*
Devon Galloway
ZUCKERMAN SPAEDER LLP
485 Madison Ave.
19th Floor
New York, NY 10022
(212) 897-3438
dgalloway@zuckerman.com

*Counsel for Plaintiffs Kim Hammond and Milnel Foundation, Inc.*

1

## Certificate of Service

I certify that on January 23, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of this filing to all counsel of record.

/s/ *Devon Galloway*
Devon Galloway
