

**MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN** LLP

January 29, 2026

<u>**VIA ECF**</u>

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

**Re:**   ***Kim Hammond, et al. v. Ian S. Leopold, et al.***
     ***Case No.: 1:25-cv-10002-RA***

Dear Judge Abrams:

We represent Defendants Ian S. Leopold and Pridewear LLC in the above referenced matter. We have recently been retained by Defendants and respectfully request an extension of time to respond to the Amended Complaint until February 18, 2026 so that we may get up to speed on this matter.

The original due date for Defendants' response to the Amended Complaint is February 4, 2026. No previous requests to extend Defendants' time to respond to the Amended Complaint have been made. Plaintiffs consent to this requested extension, provided that the Initial Pretrial Conference remains scheduled for March 6, 2026 and the filing of the joint pretrial letter and case management plan and scheduling order remains due on February 27, 2026, which we agree with.

Thank you for your consideration of this matter.

Very truly yours,

/s/ Peter B. Katzman
Peter B. Katzman

Cc:   David Rody
     Chirstopher Millard