

David M. Rody
PARTNER
Zuckerman Spaeder LLP
drody@zuckerman.com
410-949-1177

February 23, 2026

<u>VIA ECF</u>

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

    Re:    Hammond v. Leopold, 25 Civ. 10002 (RA)

Dear Judge Abrams:

We write respectfully to request a one-week extension of time both for Plaintiffs to respond to Defendants' Motion to Dismiss and for Defendants to file their reply thereto.  This would make Plaintiffs' response due on March 11, 2026, and Defendants' reply due on March 25, 2026.  No prior requests for extensions have been made with respect to either filing, and counsel for Defendants have consented to these requests.

Thank you very much for your consideration of this application.

Respectfully submitted,

/s/ David M. Rody

cc:    All counsel of record

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 24, 2026

100 E. PRATT ST., SUITE 2440, BALTIMORE, MD 21202-1031  |  T 410.332.0444  |  F 410.659.0436

ZUCKERMAN SPAEDER LLP  |  WASHINGTON, DC  |  NEW YORK  |  TAMPA  |  BALTIMORE