UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
    Kim Hammond; and Milnel Foundation, Inc.

                            Plaintiff(s),

                                  No. 25-Civ.-10002 (RA)
                -v-

                                  CASE MANAGEMENT PLAN AND
    Ian S. Leopold; and Pridewear, LLC              SCHEDULING ORDER

                            Defendant(s).

---------------------------------------X

RONNIE ABRAMS, United States District Judge:

       Pursuant to Rules 16–26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

1.    All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. [*If all parties consent, the remainder of the Order need not be completed at this time*.]

2.    The parties have not engaged in settlement discussions.

3.    This case is to be tried to a jury.

      - Defendants take the position that a jury trial is waived pursuant to the terms of the Common Unit and Warrant Purchase Agreement.

4.    No additional parties may be joined after May 29th 2026 without leave of the Court.

5.    No amendments to the pleadings may be made after June 26th 2026 without leave of the Court.

6.    Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than July 26th 2026. [*Absent exceptional circumstances, within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f)*.]

      - Defendants take the position—for items 6-11—that discovery should be stayed pending the motion to dismiss for lack of subject matter jurisdiction.

7.    All fact discovery is to be completed no later than June 30th 2026.

8. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 7 above.

    a. Initial requests for production of documents shall be served by March 13th 2026.

    b. Interrogatories shall be served by March 13th 2026.

    c. Depositions shall be completed by May 1st 2026.

    d. Requests to Admit shall be served no later than May 29th 2026.

9. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by May 1st 2026.

10. All discovery shall be completed no later than June 30th 2026.

11. The Court will conduct a post-discovery conference on _____ at _____. [*To be completed by the Court.*] Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735. This conference line is open to the public. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

12. Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion. This case shall be trial ready sixty (60) days from the close of discovery or the Court's decision on any dispositive motion.

13. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:
    a. Retention of a private mediator.

    The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

14. The parties have conferred and their present best estimate of the length of trial is two weeks.

10445621.2

3

SO ORDERED.

Dated: _____
      New York, New York

                                    _____
                                    Hon. Ronnie Abrams
                                    United States District Judge

10445621.2