UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KIM HAMMOND, and MILNEL FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IAN S. LEOPOLD, PRIDEWEAR LLC, and AMERICAN COLLEGIATE SPORTS LLC; <br><br> Defendants. | No. 25-CV-10002 <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the initial pretrial conference previously scheduled for March 6, 2026 at 12:30 p.m. is hereby rescheduled to March 6, 2026 at 12:00 p.m.

SO ORDERED.

Dated:        March 5, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge