UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM HAMMOND, and MILNEL FOUNDATION, INC., | |
| Plaintiffs, | No. 25-CV-10002 (RA) |
| v. | ORDER OF REFERENCE |
| IAN S. LEOPOLD; and PRIDEWEAR, LLC; | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Stein for the following purpose:

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| **X** | Specific Non-Dispositive Motion/Dispute:<br><br>Motion(s) to Stay Discovery, if any | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

SO ORDERED.

Dated:     March 12, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge