**M S B**

MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN ᴸᴸᴾ

March 25, 2026

**VIA ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re:    ***Kim Hammond, et al. v. Ian S. Leopold, et al.***
       **Case No.: 1:25-cv-10002-RA**

Dear Judge Abrams:

        We are counsel to Defendants Ian S. Leopold and Pridewear LLC.

        Pursuant to Section 4(G) of Your Honor's Individual Rules and Practices in Civil Cases, Defendants respectfully request oral argument on their Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 55).

                            Respectfully submitted,


                            /s/ John M. Bradham
                            John M. Bradham
                            Counsel for Defendants


Cc:    David Rody
       Chirstopher Millard

400 Madison Avenue, Suite 17D, New York, New York 10017   Tel: 212 695 8050   Fax: 646 964 5008