UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

KIM HAMMOND, and MILNEL
FOUNDATION, INC.,

        Plaintiffs,

    -against-

IAN S. LEOPOLD, PRIDEWEAR LLC,
and AMERICAN COLLEGIATE SPORTS
LLC,

        Defendants.

------------------------------------------------------------------------X

**25 Civ. No. 10002 (RA) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

  The Court is in receipt of the parties' letters on the issue of jurisdictional discovery (Dkt. Nos. 79–83), which will be handled by Judge Abrams. As the undersigned was referred for General Pretrial Procedures and motion(s) to stay discovery, if any, it seeks additional clarification from the parties on the status of merits discovery, particularly in light of footnote 1 of Defendants' April 1, 2026 letter. Accordingly, the parties shall file a joint letter by no later than Monday, April 20, 2026, indicating whether merits discovery is ongoing and whether either party anticipates requesting intervention from this Court on merits discovery related questions in the near future.

  **SO ORDERED.**

DATED:  New York, New York
     April 15, 2026

                _____

                The Honorable Gary Stein
                United States Magistrate Judge