**Christopher Millard**
Senior Counsel

THE LAW OFFICES OF
CHRISTOPHER MILLARD, LLC
ATTORNEY AT LAW
8016 Bellona Ave, Ste. 43
Riderwood, Maryland  21139-0043

Tel: 410-821-7747 ext. 20
Fax: 443-300-7911
C.Millard@Millard.Legal

April 20, 2026

**DELIVERY VIA ECF**

Honorable Gary Stein
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**MEMO ENDORSED**

**Re:**   *Hammond v. Leopold et al.*
       **Case No. 1:25-cv-10002 (RA)**

Dear Judge Stein,

    We write on behalf of all parties in the above-captioned action in accordance with this Court's Order of April 15, 2026 (ECF No. 84), requiring the following joint submission no later than Monday, April 20, 2026, advising as to the status of merits discovery in the case.

    The parties' joint response is that no merits discovery is occurring at this time, and neither party anticipates requesting intervention from the Court on merits discovery prior to the pending jurisdictional decision.

                    Respectfully submitted,

                    /s/ Christopher Millard
                    Christopher Millard
                    Co-Counsel for Plaintiffs

Cc:  All counsel of record

The Court appreciates this update from the parties. Should the parties require Court intervention as to any discovery disputes, or otherwise, they shall do so in accordance with the Local Rules and the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Date:   New York, New York
       April 21, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

Page 1 of 1