UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KIM HAMMOND, and MILNEL FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IAN S. LEOPOLD, and PRIDEWEAR LLC, <br><br> Defendants. | No. 25-CV-10002 <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record at today's oral argument, Defendants' motion to dismiss for lack of subject jurisdiction is denied, albeit without prejudice to renewal. The Court orders jurisdictional discovery on the question of whether Plaintiff Kim Hammond is a member of Defendant Pridewear, LLC, though it refers questions regarding the scope of that discovery to Magistrate Judge Stein. *See* Dkt. Nos. 81–83, 88.

The Clerk of Court is respectfully directed to close the motion pending at Docket No. 55.

SO ORDERED.

Dated:     May 27, 2026
               New York, New York

_____
Ronnie Abrams
United States District Judge