**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KIM HAMMOND*, et al.,*

                Plaintiffs,

      -against-

IAN S. LEOPOLD*, et al.,*

                Defendants.
-----------------------------------------------------------------X

                        **25 Civ. No. 10002 (RA) (GS)**

                        **VIDEO DISCOVERY**
                        **CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Discovery Conference on **Wednesday, June 10, 2026 at 2:30 p.m.** to determine the scope of jurisdictional discovery related to whether Plaintiff Kim Hammond is a member of Defendant Pridewear, LLC, as detailed further in the orders at Docket Numbers 89 and 90.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**.  **[Meeting ID: 224 824 908 360 537] [Passcode: 6wH9WU7x].**

      **SO ORDERED.**

DATED:    New York, New York
           May 29, 2026

                        _____
                        The Honorable Gary Stein
                        United States Magistrate Judge