**Christopher Millard**
Senior Counsel

THE LAW OFFICES OF
CHRISTOPHER MILLARD, LLC
ATTORNEY AT LAW
8016 Bellona Ave, Ste. 43
Riderwood, Maryland  21139-0043

Tel: 410-821-7747 ext. 20
Fax: 443-300-7911
C.Millard@Millard.Legal

June 23, 2026

**VIA ECF**

Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

      **Re: Hammond v. Leopold, 1:25-CV-10002-RA-GS**

Dear Judge Stein:

      I write on behalf of all parties pursuant to the Court's instructions at the discovery conference on June 10, 2026, to further update the Court on the parties' progress.

      As of the close of business today, June 23, 2026, the parties have exchanged proposed discovery requests on the limited jurisdictional discovery, have met and conferred on the same, and have agreed to work on revised drafts in furtherance of attempts to reach final agreement.  An additional meet and confer is scheduled for June 25, 2026.  Following that meeting, the parties will advise the Court, no later than next Friday, June 26, 2026, as to whether there is need for a further conference with the Court.

                        Respectfully submitted,

                        //S// Christopher Millard

cc:  All counsel of record