**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
KIM HAMMOND, *et al.,*

                                    Plaintiffs,

                                                          **25 Civ. 10002 (RA) (GS)**

                         -against-

                                                          **ORDER**

IAN S. LEOPOLD,  *et al.,*

                                    Defendants.
--------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On June 23, 2026, the parties filed a status letter requesting that they be allowed to file an updated status letter by June 26, 2026.  (Dkt. No. 96).  The Court granted that request shortly thereafter.  (Dkt. No. 97).  However, the parties submitted no such materials, nor anything else, by that date.  Accordingly, the parties shall file an updated joint status letter by no later than Friday, July 10, 2026.  SO ORDERED

         **SO ORDERED.**

DATED:       New York, New York
             July 1, 2026

                                        _____
                                        The Honorable Gary Stein
                                        United States Magistrate Judge