**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
KIM HAMMOND, *et al.*,

Plaintiffs,

-against-

IAN S. LEOPOLD, *et al.*,

Defendants.
---------------------------------------------------------------X

**25 Civ. No. 10002 (RA) (GS)**

**VIDEO DISCOVERY CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **Wednesday, August 12, 2026 at 10:00 a.m.** Counsel for the parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [254 916 144 633 09] Passcode: [V5Wm7bf2]**

**SO ORDERED.**

DATED: New York, New York
July 14, 2026

The Honorable Gary Stein
United States Magistrate Judge