**Christopher Millard**
Senior Counsel

THE LAW OFFICES OF
CHRISTOPHER MILLARD, LLC
ATTORNEY AT LAW
8016 Bellona Ave, Ste. 43
Riderwood, Maryland 21139-0043

Tel: 410-821-7747 ext. 20
Fax: 443-300-7911
C.Millard@Millard.Legal

August 25, 2026

**VIA ECF**

Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: Hammond v. Leopold, 1:25-CV-10002-RA-GS**

Dear Judge Stein:

I write on behalf of all parties in the above-captioned action in accordance with this Court's Orders of July 9, 2026 (ECF No. 102), and August 11, 2026 (ECF No. 106), requiring the following Joint Letter Reporting the Current Status of Discovery. The status of jurisdictional discovery is as follows:

1. The parties have served their respective requests for production of documents and deposition notices. Plaintiffs' jurisdictional document requests were served on August 13, 2026, and Defendants' document requests were served on August 18, 2026.

2. The parties shall serve their interrogatory requests no later than October 8, 2026.

3. The parties shall conduct their depositions no later than December 11, 2026. The parties may conduct their respective depositions remotely but reserve the right to conduct them in person.

4. The parties' dispute regarding the Electronically Stored Information (ESI) protocol remains unresolved; however, the parties continue to work toward a mutually agreed-upon format and anticipate resolution of the issue.

The parties have agreed that should any discovery disputes remain unresolved, the parties will seek a conference with the Court to resolve them as needed.

Respectfully submitted on behalf of the parties,

//S// Christopher Millard

cc: All counsel of record